**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: July 25, 2025 | DC Docket #: 1:15-cv-2739 |
| Docket #: 25-576 | DC Court: SDNY (NEW YORK CITY) |
| Short Title: Petersen Energia Inversora, S.A.U. v. Argentine Republic | DC Judge: Trial Judge - Loretta A. Preska |

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion to stay appeal and remand to district court filed in the above-referenced case has been added as an submitted case to the substantive motions calendar for Tuesday, August 5, 2025.

Inquiries regarding this case may be directed to 212-857-8595.