# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of April, two thousand twenty-six.

Present:
> Denny Chin,
> Eunice C. Lee,
> Alison J. Nathan,
> > *Circuit Judges.*

---

| | |
|---|---|
| *Petersen Energía Inversora, S.A.U. v. Argentine Republic,* | 25-1687-cv |
| *Eton Park Capital Management v. Argentine Republic,* | 25-1689-cv |
| *Petersen Energía Inversora, S.A.U. v. Argentine Republic v. Republican Action for Argentina, Inc.,* | 25-576-cv |
| *Petersen Energía Inversora, S.A.U. v. Argentine Republic,* | 25-2362-cv |
| *Eton Park Capital Management v. Argentine Republic,* | 25-2363-cv |
| *Petersen Energía Inversora, S.A.U. v. Y.P.F. S.A.,* | 25-2629-cv & 25-2901-cv |
| *Eton Park Capital Management v. Y.P.F. S.A.,* | 25-2630-cv & 25-2904-cv |

---

The panel issued a per curiam order in each of the above cases on April 2, 2026, requesting submissions from the parties as to the effect of the decision in *Petersen Energía Inversora S.A.U. v. Argentine Republic*, No. 23-7370, and *Eton Park Capital Management v. Argentine Republic*, No. 23-7376 (filed March 27, 2026), on the present appeals. Based on the parties' submissions, it is hereby ordered that the above appeals shall be held in abeyance pending resolution of any forthcoming rehearing petitions or cert petitions in No. 23-7370 and No. 23-7376. Accordingly, oral argument in the above matters presently scheduled for April 16, 2026 is hereby adjourned pending further notice.

> FOR THE COURT:
> Catherine O'Hagan Wolfe,
> Clerk of Court

